# AFFIDAVIT

1. I, Latwain Potter, being duly sworn, depose and state the following

## INTRODUCTION

2. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been since December of 2020. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. I am empowered to investigate, to make arrests with or without warrants and to execute search warrants under the authority of 21 U.S.C. § 878.

3. Your affiant is a duly sworn Special Agent ("SA") with the Drug Enforcement Administration ("DEA"); having been so employed since December 2020. I am currently assigned to the DEA Columbus District Office. I hold a Bachelor of Science degree in Criminal Justice from St. John's University and a Master of Business Administration from Pace University. I am also a Veteran of the United States Army. I have received over 1,000 hours of law enforcement training at the DEA Basic Agent Training Academy located at Quantico, VA. I have received extensive training, both formal and on-the-job, in the provisions of Federal Narcotics Laws administered under Title 21, U.S. Code, Section 841. My in-the-field training and experience includes conducting surveillance, interviewing witnesses, participating in undercover operations, writing affidavits for search warrants, executing search warrants, working with informants and I also have participated in multiple T-III investigations. In addition, I also work with other DEA Agents and members of other law enforcement agencies, who collectively have over 30 years of experience investigating drug trafficking organizations.

## PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of an application for federal arrest warrants and complaints against Armon Monne MCGILL (hereinafter referred to as, "**MCGILL**") and my knowledge of this investigation is based upon my own personal observations, as well as the observations and investigations conducted by other law enforcement officers and investigators concerning the facts and circumstances involved in the subject investigation. I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe the following;

    - Armon Monne **MCGILL** has committed a violation of Title 21, United States Code, Section 841, Possession with Intent to Distribute 400 grams or more of fentanyl and 5 kilograms or more of cocaine.

## SUMMARY OF PROBABLE CAUSE

5. Since June of 2026, members of the DEA Columbus District Office have been gathering intelligence regarding the suspected drug trafficking activities of **MCGILL**. Over the course of this investigation, law enforcement identified **MCGILL** as a multi-kilogram quantity cocaine and fentanyl distributor in the Columbus, OH area. In addition, investigators learned that **MCGILL** has a criminal history that consist of, federal drug charges for possession with intent to distribute crack cocaine, possession of a weapon in furtherance of drug trafficking, distribution-sell-narcotics, and state offenses for aggravated trafficking in drugs, possession of controlled substances, trafficking in food stamps, assault, unauthorized use of motor vehicle, felonious assault, and passing bad checks.

6. Over the course of this investigation to date, investigators learned that telephone number, 614-401-9609, is a telephone utilized by **MCGILL**. Toll analysis of telephone number 614-401-

9609, revealed that **MCGILL** was in communication with multiple targets of prior narcotics investigations. Moreover, investigators have identified **MCGILL**'s primary residence as 1056 Leclerc Place, Galloway, OH. In addition, investigators have been able to identify two storage units being utilized by **MCGILL** located at Extra Space Storage located at 2160 Innis Road, Columbus, OH units 7007 and 6021. Investigators learned that both units are actively rented in **MCGILL**'s name and under **MCGILL**'s telephone number, 614-401-9609.

7. On October 19, 2026, investigators applied for and received a State of Ohio search warrant to receive geo-location (ping) data for telephone number, 614-401-9609 utilized by **MCGILL**.

8. On October 24, 2026, at approximately 6:08 a.m., investigators observed the geo-location data of **MCGILL**'s cellphone in the vicinity of 1056 Leclerc Place. At that time, investigators established physical surveillance in the vicinity of 1056 Leclerc Place and observed a black Mazda bearing FL License Plate, JKSN95, parked in the driveway of the residence. The black Mazda bearing FL License Plate, JKSN95, is registered with Enterprise Rental Car. Your affiant contacted Enterprise and received information that MCGILL is the registered renter of the Black Mazda and that he picked up the vehicle on October 23,2026, from John Glenn Airport in Columbus, OH. At approximately 6:51 a.m., investigators observed **MCGILL** exit the residence and enter the driver's seat of the Mazda and depart the area. Investigators then began mobile surveillance of the Mazda and followed the Mazda to Walmart located at 1221 Georgesville Road, Columbus, OH.

9. Investigators observed **MCGILL** exit the Mazda and enter the Walmart Store. Moments later, investigators observed **MCGILL** exit Walmart carrying what appeared to be an empty black duffle bag. Investigators then observed **MCGILL** open the trunk of the Mazda and remove

items from the trunk of the Mazda into the back seat. Investigators observed **MCGILL** enter into the Mazda and depart the area.

10. Investigators followed the Mazda to the vicinity of Greers Avenue/East Deshler Avenue in Columbus, OH. During surveillance, investigators observed **MCGILL** conducting numerous counter surveillance maneuvers and visual surveillance of **MCGILL** was temporarily lost. At approximately 7:17 a.m., investigators observed that geo-location data for **MCGILL**'s phone was active in the vicinity of Alum Creek Dr/Frebis Avenue. Investigators located **MCGILL** meeting with a white Semi-Truck in the roadway of Integrity Drive. Based on investigators training, experience, and knowledge of the case, investigators know that often times drug traffickers utilize counter surveillance maneuvers in an attempt to evade or detect law enforcement.

11. After the meet, the Ohio State Highway Patrol conducted a traffic stop of the Mazda for a traffic infraction in the vicinity of I-70 Westbound near Livingston Avenue, Columbus, OH. While approaching the vehicle, Troopers observed **MCGILL** as the sole occupant of Mazda and observed in plain view five black duffle bags in the back seat of the vehicle. A K-9 was deployed to conduct a free air sniff of the vehicle which alerted to the presence of narcotics coming from inside the vehicle. During a probable cause search of the vehicle, Troopers located and seized approximately 106 kilograms of suspected cocaine and approximately 27 kilograms of suspected fentanyl contained within the five duffle bags and two cellular devices belonging to **MCGILL**.

12. Pursuant to the traffic stop, **MCGILL** and the evidence seized was transported to the Columbus District Office. While at the Columbus District Office, investigators conducted field

tests on multiple of the kilograms that were seized which resulted in the positive indication of cocaine and fentanyl.

13. On the same date, investigators applied for and were granted two State of Ohio search warrants for **MCGILL**'s residence located at 1056 Leclerc Place, Galloway, OH and for **MCGILL**'s storage units located at 2160 Innis Road, Columbus, OH units 7007 and 6021.

14. Investigators executed the State of Ohio search warrant at 1056 Leclerc Place. Investigators located and seized 4 firearms, 3 cellular devices, and an undetermined amount of bulk United States currency. In addition, investigators observed multiple rubber bands, a money counter, plastic bags, digital scales, and a vacuum sealer machine which were properly photographed but not seized as evidence. All evidence was transported back to the Columbus District Office. Based on investigators training, experience, and knowledge of the case, investigators know that money counters and rubber bands are consistent with counting and organization for United States currency consistent with drug proceeds. In addition, investigators know that plastic bags, and vacuum sealer machines are consistent with narcotic packaging.

15. Investigators executed the State of Ohio search warrants at 2160 Innis Road units 7007 and 6021. Investigators located and seized one stolen handgun from storage unit 6021. The firearm was transported back to the Columbus District Office.

16. At the conclusion of the traffic stop and search warrants executed, investigators located approximately 106 kilograms of cocaine, approximately 27 kilograms of fentanyl, five firearms, and an undetermined amount of United States Currency suspected drug proceeds. In addition, investigators observed a money counter, plastic bags, rubber bands, digital scales, and a vacuum sealer machine within **MCGILL**'s residence which is all consistent with bulk drug proceeds and narcotics trafficking. All evidence was located and seized pursuant to a

traffic stop or search warrants executed at locations directly associated with **MCGILL**. Based on investigators training, experience, and knowledge of the case, investigators believe that **MCGILL** is trafficking large amounts of cocaine and fentanyl in the Southern District of Ohio.

## CONCLUSION

17. Based upon this information, your affiant believes probable cause exists that Armon **MCGILL** has violated 21 U.S.C. § 841 Possession with Intent to Distribute 400 grams or more of fentanyl and 5 kilograms or more of cocaine.

Latwain Potter
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me

this 26th day of October 26, 2026

Honorable Chelsey M. Vascura
United States Magistrate Judge